IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAWN HAMPTON,** | : | CIVIL NO. 1:15-CV-897 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **JOHN E. WETZEL**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 12th day of February, 2016, upon consideration of defendants' motion (Doc. 14) for judgment on the pleadings, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 14) for judgment on the pleadings is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendants and against plaintiff.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania